**Order filed, November 30, 2022.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-22-00763-CV**
_____

**ROLAND GUTIERREZ, Appellant**

**V.**

**TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee**

---

**On Appeal from the 419th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-22-002848**

---

## ORDER

The reporter's record in this case was due October 10, 2022. *See* Tex. R. App. P. 35.1. The court sent past due notice for the reporter's record on October 24, 2022. No response was received, and the record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Leah Hayes**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.